UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA HARDEN,

    Plaintiff,

v.                                         Case No: 8:13-cv-2398-T-30TBM

DAMON SHIVER and
SHIVER YBOR HOLDINGS, INC.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal of Claims with Prejudice (Dkt. #33). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of July, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-2398 dismiss 33.docx